### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 7:05-CR-14 |
| : | |
| ALMA WILLIAMS and : | |
| BUNNIS WILLIAMS : | |
| _____: | |

### ORDER

The Joint Motion for Continuance of the above-styled matter to the next regular trial term having been read and considered, the Court finds:

a) the defendants were arraigned on September 25, 2005;

b) the discovery is anticipated to be quite voluminous and complex, totaling more than 5,000 pages;

c) the delay resulting from the consideration of pretrial motions is excluded from the time limitations for trial (18 U.S.C. § 3161(h)(F);

d) the parties cannot reasonably be prepared to try the case by March 20, 2006, even with the exercise of due diligence;

THEREFORE the ends of justice served by the granting of a continuance outweigh the interests of the public and the defendant in a speedy trial.

The Court having made the foregoing findings, the motion is hereby GRANTED and the matter is hereby continued to the next trial term of the Valdosta Division of the Middle District of Georgia, currently scheduled for June 12, 2006.

IT FURTHER ORDERED that the time period occasioned by this continuance is excluded from the calculations of time contemplated by the Speedy Trial Act, 18 U.S.C. § 3161.

SO ORDERED this 13th day of March, 2006.

s/  Hugh Lawson
HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT

Prepared by:

/s/
JIM CRANE
ASSISTANT UNITED STATES ATTORNEY