# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal Action No. 7:05-cr-14 |
| | : | |
| **ALMA WILLIAMS,** | : | |
| | : | |
| Defendant. | : | |

_____

# ORDER

Before the Court is a "Motion for Extension of Time to Voluntary Surrender" (Doc. 104) filed by Defendant Alma Williams ("Williams"). For the reasons set forth below, the Motion is denied.

## I.    FACTUAL AND PROCEDURAL HISTORY

Williams was indicted on seven counts of wire fraud, in violation of 18 U.S.C. § 1343 and 18 U.S.C. § 2, and one count of theft from programs receiving federal funds, in violation of 18 U.S.C. § 666 and 18 U.S.C. § 2, on June 16, 2005. (Doc. 1.) More than a year later, on June 19, 2006, a jury convicted Williams on five counts of wire fraud and one count of theft from programs receiving federal funds. (Doc. 79.) Williams was sentenced to thirty-three months in prison on September 18, 2006. (Doc. 95.) On November 10, 2006, Williams filed the present Motion (Doc. 104) and asked the Court delay the date of her reporting to prison, currently scheduled for November 16, 2006. The Government filed a Response in Opposition (Doc. 105).

**II.     ANALYSIS**

The Court has reviewed and considered both Williams' Motion and the Government's Response. While the Court is sympathetic to Williams' concern for her daughter's health, it does not believe this concern justifies delaying her report date. Every criminal and her family face hardship as a result of her imprisonment—the Court sees no reason in the present case to interfere with the routine processes of the law.

**III.    CONCLUSION**

Williams' "Motion for Extension of Time to Voluntary Surrender" (Doc. 104) is denied.

SO ORDERED, this the 14th day of November, 2006.

s/   Hugh Lawson
**HUGH LAWSON, JUDGE**

pdl